| | | |
|---|---|---|
| PHYLLIS HAMPTON, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Terrapin Ridge Farms, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **United States District Court**<br>**Northern District of Illinois**<br><br>Case No.: 1:25-cv-12072<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: January 29, 2026

                                                  EQUAL ACCESS LAW GROUP, PLLC
                                                *Attorneys for Plaintiff*

                                                **/s/ Michael Ohrenberger**
                                                By: Michael Ohrenberger, Esq.
                                                68-29 Main Street,
                                                Flushing, NY 11367
                                                O: (844) 731-3343
                                                C: (716) 281-5496
                                                Email: mohrenberger@ealg.law