## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Phyllis Hampton
                    Plaintiff,

v.                                    Case No.: 1:25−cv−12072
                                                  Honorable April M. Perry

Terrapin Ridge Farms, LLC
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 30, 2026:

      MINUTE entry before the Honorable April M. Perry: The Court has received the notice that a settlement−in−principle has been reached in this matter. [12] Accordingly, this case is stayed until 3/30/2026, at which time the parties are asked to file a joint status report on settlement unless a notice of voluntary dismissal has been filed earlier. All previously−set deadlines are struck. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.